# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal 05-330 JLL |
| Plaintiff, | : | |
| -vs- | : | |
| | : | **ORDER** |
| JOSE CRESPO, | : | |
| Defendant. | : | |

Upon consideration of the United States' motion for recovery of erroneous tax refund [cm/ecf entry #29], and no response or opposition thereto having been submitted and the court also having the entire record of this proceeding, it is hereby ORDERED that the United States' Attorney's office shall return to the Internal Revenue Service the fax refunds credited to the Defendant's account in the amounts of $132,768.14 and $61,936.59.

Dated: March 21, 2012

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE